IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JAMES REID,** | § | |
| | § | |
| **V.** | § | W-17-CA-249-RP |
| | § | |
| **LORIE DAVIS** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Petitioner James Reid's application for writ of habeas corpus. The Court further determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner James Reid's Application for Habeas Corpus Relief is hereby **DENIED.**

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on March 22, 2018.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE